UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-3485 JGB (DTBx)** | Date | March 3, 2026 |
|---|---|---|---|
| Title | ***Doe 1, et al. v. Shirley Lai, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order DISCHARGING the Order to Show Cause (Dkt. No. 14) (IN CHAMBERS)**

On February 17, 2026, the Court ordered Defendant's counsel to show cause why he should not be sanctioned or other disciplinary action should not issue. (Dkt. No. 14.) Defendant's former counsel timely responded on February 19, 2026. (Dkt. No. 15.) While the Court finds Defendant's former counsel's responses sufficient and **DISCHARGES** the OSC, the Court admonishes Defendant's counsel to ensure all future citations are meticulously checked to ensure quotations are accurate and that Defendant's counsel's citations are in fact supported by the cases cited.

**IT IS SO ORDERED.**