UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DOE 1 AND DOE 2,<br><br>                    Plaintiffs,<br><br>v.<br><br>SHIRLEY LAI, AKA ABBESS CHAN MIN; JANE ROE AN INDIVIDUAL, WAN YUEN BUDDHIST CENTER; HONG SHIN BUDDHIST CENTER,<br><br>                    Defendants. | Case No.: 5:25-cv-03485-JGB-DTB<br><br>**ORDER GRANTING STIPULATION TO AMEND COMPLAINT** |

The Court, having considered the Parties' Joint Stipulation Regarding Filing of First Amended Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED:

The Parties' Stipulation is APPROVED.

Plaintiffs are granted leave to file their First Amended Complaint, subject to the parameters specified in the Stipulation, within fourteen (14) days after entry of this Order, with Defendants response thereto being due fourteen (14) days after the First Amended Complaint is filed under Rule of Federal Civil Procedure 15(a)(3).

The deadline to amend pleadings set forth in the Court's Scheduling Order, Dkt 21, is modified from July 13, 2026, solely to permit the filing of Plaintiffs' First

Amended Complaint under the parameters specified in the Stipulation, within fourteen (14) days after entry of this Order.

Except as expressly modified herein, all dates and deadlines set forth in the Court's Scheduling Order shall remain in full force and effect.

IT IS SO ORDERED.

DATED:  July 14, 2026

By: _____
The Honorable Jesus G. Bernal
United States District Judge

ORDER GRANTING STIPULATION TO AMEND COMPLAINT