**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| DOE 1 AND DOE 2,<br><br>*Plaintiffs,*<br><br>v.<br><br>SHIRLEY LAI, AKA ABBESS CHAN MIN;<br>JANE ROE, AN INDIVIDUAL;<br>WAN YUEN BUDDHIST CENTER;<br>HONG SHIN BUDDHIST CENTER,<br><br>*Defendants.* | **Case No. 5:25-cv-03485-JGB-DTB**<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES AND COURT DATES**<br><br>**Current Discovery Cutoff:** December 21, 2026<br>**Current Pretrial Conference:** April 12, 2027<br>**Current Trial Date:** April 27, 2027 |

IT IS HEREBY ORDERED, pursuant to the stipulation by the parties, that the deadlines are extended as follows:

1. The discovery deadlines set by the Civil Trial Scheduling Order (ECF # 21) are continued to the following dates:

| | |
|---|---|
| Initial Expert Designation: | 1/25/2027 |
| Rebuttal Expert Designation: | 2/8/2027 |
| All Discovery Cut-Off: | 2/22/2027. |

2. The deadline to conduct a Settlement Conference is March 19, 2027.
3. Hearings on any dispositive motions filed will be held on May 3, 2027 at 9:00 a.m.
4. The final pre-trial conference will be held on June 21, 2027, at 11:00 a.m.
5. A Jury trial in this action will commence on July 6, 2027, unless this action is resolved prior to that date.

**IT IS SO ORDERED:**

DATED: November 20, 2026

Jesus G. Bernal, U.S. District Judge